IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO: 5:22-CR-53-TES-CHW-1 |
| ZHANAY KIANA FLYNN | |

### ORDER TO DECLARE THE CASE COMPLEX
### AND FOR STATUS CONFERENCE SCHEDULING

On October 11, 2022, Defendant was indicted in a thirty-count indictment charging her with cruelty to children in the first degree, cruelty to children in the second degree, simple battery, and failure to report suspected child abuse. Defendant had her initial appearance and arraignment on October 12, 2022 and is currently out of custody on conditions of release.

Before the Court is the Defendant's Motion to Declare the Case Complex and Request for Status Conference Scheduling. The parties move to declare the case complex to allow Defendant and counsel time to review the voluminous discovery, which includes over 100 hours of video, in addition to numerous reports. The government has also prepared for filing, a motion for a protective order, and if signed, Ms. Flynn will need to view the discovery, in its entirety, in defense counsel's office with a member of the defense team present. Additionally, as this case contains charges which are rarely brought in this district, and is based upon State of Georgia statutes, the legal issues are more complex than most federal cases.

Accordingly, IT IS HEREBY ORDERED that the above-referenced matter be declared complex and that this Court will schedule a status conference in January 2023, with the anticipation that the trial would be specially set in March or April of 2023.

It is the Court's finding that the ends of justice served by the granting of this motion outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(ii).

SO ORDERED, this 2 day of Nov, 2022.

_____
TILMAN E. SELF, III
UNITED STATES DISTRICT COURT