# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**ZHANAY KIANA FLYNN,** *et al.,*<br><br>*Defendants.* | **CRIMINAL ACTION NO.**<br>**5:22-cr-00053-TES-CHW** |

## ORDER DECLARING CASE COMPLEX

On October 11, 2022, the Government obtained an indictment charging Defendants Zhanay Flynn and Antanesha Fritz with Cruelty to Children in the First Degree, Cruelty to Children in the Second Degree, and Simple Battery. [Doc. 1]. The grand jury also indicted Defendants Flynn, Fritz, and Latona Lambert with Failure to Report Suspected Child Abuse. [*Id.*]. Defendants entered pleas of not guilty to these charges. [Doc. 13]; [Doc. 31]; [Doc. 38].

Defendant Flynn previously asked the Court to declare the case complex and schedule a status conference for January 2023. [Doc. 41]. The Court granted that motion. *See* [Doc. 44]. For the reasons stated in the Court's Order to Declare Case Complex [Doc. 44], the Court finds that the ends of justice served by declaring the case complex as to all Defendants outweigh the best interests of the public and Defendants in a speedy trial. *See* 18 U.S.C. § 316(h)(7)(B)(ii).

2

Accordingly, **IT IS HEREBY ORDERED** that this case be declared complex and that the Court will schedule a status conference in January 2023, with the anticipation that the trial will be specially set in March or April 2023.

**SO ORDERED**, this 9th day of November, 2022.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
