IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ZHANAY KIANA FLYNN, ANTANESHA MONE FRITZ, and LATONA MAE LAMBERT<br><br>*Defendants.* | CRIMINAL ACTION NO.<br>5:22-cr-00053-TES-CHW |

### ORDER GRANTING MOTION TO CONTINUE TRIAL IN THE INTERESTS OF JUSTICE

Before the Court is the Government's Motion for Continuance [Doc. 51].[1] On October 11, 2022, the Government obtained an indictment charging Defendants Zhanay Flynn and Antanesha Fritz with Cruelty to Children in the First Degree, Cruelty to Children in the Second Degree, and Simple Battery, all in violation of 18 U.S.C. §§ 7(3); 13. [Doc. 1]. The indictment also charged Defendants Flynn, Fritz, and Latona Lambert with Failure to Report Suspected Child Abuse in violation of 18 U.S.C. § 2258 and 34 U.S.C. § 20341. [Doc. 1]. Defendants entered pleas of not guilty. [Doc. 13]; [Doc. 31]; [Doc. 38].

The Government seeks a continuance "to afford all Defendants additional time to

---

[1] The Government's Motion notes that Defendants Flynn and Fritz do not oppose a continuance, but Defendant Lambert does oppose the instant Motion. [Doc. 51, p. 2].

review the voluminous discovery, to prepare an effective defense, and to fully prepare for trial with their attorneys." [Doc. 51, p. 2]. So as to avoid a miscarriage of justice, the Court **GRANTS** the Government's Motion for Continuance [Doc. 51], and this case and its pretrial conference are **CONTINUED** to the Court's next regularly scheduled Trial Term—April 10, 2023. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 13th day of January, 2023.

S/ Tilman E. Self, III  
**TILMAN E. SELF, III, JUDGE**  
**UNITED STATES DISTRICT COURT**
